# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEITH KEMP,

    *Plaintiff,*

vs.

HOWARD SKOLNIK, *et al.*

    *Defendants.*

2:09-cv-02002-PMP-LRL

ORDER

    Following upon Plaintiff's letters (## 19 & 20) requesting status, Plaintiff is informed that the Court granted Plaintiff's motion (#17) for an extension of time by a Minute Order (#18) entered on July 16, 2010.  The record reflects that Plaintiff was provided a notice of electronic filing of the Minute Order.  The extended deadline to file an Amended Complaint expired on August 16, 2010.  In response to the queries in Plaintiff's letters, neither the Court nor the Clerk can provide Plaintiff legal advice as to how to proceed.  **If the Clerk has not received, in hand, an Amended Complaint within fifteen (15) days of entry of this order, this action will be dismissed without further advance notice.**

DATED: September 22, 2010.

                                                           _____
                                                           PHILIP M. PRO
                                                           United States District Judge