# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

KEITH KEMP,

    Plaintiff,

vs.

HOWARD SKOLNIK, DWIGHT NEVENS, ISIDRO BACA, JAMES HENSON, WILLIAM, KULOLOIA, JENNY MAE STATLER,

    Defendants.

2:09-CV-02002-PMP-LRL

**ORDER**

**IT IS ORDERED that** Plaintiff Keith Kemp's Motion for Leave to File a Longer Than Normal Document (Doc. #22), filed on October 1, 2010, is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff Kemp's Motion for Enlargement of Time to File Second Amended Complaint to and Including October 22, 2010, (Doc. #23), filed October 1, 2010, is **GRANTED**.

**IT IS FURTHER ORDERED that** if Plaintiff Kemp fails to file his proposed Second Amended Complaint on or before October 22, 2010, this action will be dismissed.

DATED: October 5, 2010.

_____
PHILIP M. PRO
United States District Judge