# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEITH KEMP, | 2:09-CV-02002-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| HOWARD SKOLNIK, DWIGHT NEVENS, ISIDRO BACA, JAMES HENSON, WILLIAM, KULOLOIA, JENNY MAE STATLER, | |
| Defendants. | |

On October 7, 2010, Plaintiff Kemp filed a Supplemental Pleading to Motion for Enlargement of Time (Doc. #25). Plaintiff addresses a prior Motion (Doc. #23) filed October 1, 2010, which this Court granted (Doc. #24) on October 5, 2010.

**IT IS THEREFORE ORDERED that** because the Court has already granted the relief request by Plaintiff in connection with his motions (Doc. #23), filed on October 1, 2010, Plaintiff's Supplemental Motion (Doc. #25) is **DENIED** as moot. Plaintiff Kemp shall have to and including **October 22, 2010**, within which to file an Amended Complaint as provided in this Court's Order (Doc. #24) entered October 5, 2010.

DATED: October 13, 2010.

PHILIP M. PRO
United States District Judge