UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEITH KEMP, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00188-HDM-VPC |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ELDON K. McDANIEL, | ) | |
| | ) | |
| Defendant. | ) | |

      This a *pro se* prisoner civil rights complaint pursuant to 42 U.S.C. § 1983.  On September 10, 2010, the Court entered an order dismissing the complaint without prejudice and granting plaintiff leave to file an amended complaint.  (Docket #12).

      On October 21, 2010, plaintiff filed a motion for an extension of time to file an amended complaint.  (Docket #12).  In the motion, plaintiff seeks a 60-day enlargement of time.  Good cause appearing, the motion is granted.

      In addition, plaintiff states that: "This will essentially be an extension of Case No. 2:09-cv-02002-PMP-LRL."  (Docket #12, at p. 2).  Plaintiff writes that: " I am going to combine this filing with [the] other counts (probably 6 or more besides this one) to show a campaign of harassment by the department of this facility."  (Docket #12, at p. 1).  On October 28, 2010, plaintiff filed a letter with an attached motion and supplement exhibits, bearing a caption for the instant

action and Case No. 2:09-cv-02002-PMP-LRL.  Also on October 28, 2010, a second amended complaint and exhibits were filed in Case No. 2:09-cv-02002-PMP-LRL.  (Docket #30, #31).

Plaintiff has informed the Court that the instant action is "an extension" of his action filed at Case No. 2:09-cv-02002-PMP-LRL.  Under Rule 42 of the Federal Rules of Civil Procedure, the court may consolidate actions when they "involve a common question of law or fact."  Fed. R. Civ. P. 42(a)(2).  Such consolidation promotes judicial efficiency and avoids potentially conflicting results.  *See generally*, Fed. R. Civ. P. 42.  The instant action and Case No. 2:09-cv-02002-PMP-LRL involve common questions of law and fact.  Accordingly, the instant case is consolidated with 2:09-cv-02002-PMP-LRL.  All pleadings, including amended complaints, shall be filed in the first-filed action, 2:09-cv-02002-PMP-LRL.  By this order, the instant action is administratively closed and all further pleadings shall be filed in Case No. 2:09-cv-02002-PMP-LRL.

**IT IS THEREFORE ORDERED** that plaintiff's motion for a 60-day extension of time (Docket #12) to file an amended complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that the instant action is **CONSOLIDATED with Case No. 2:09-cv-02002-PMP-LRL.**

**IT IS FURTHER ORDERED** that this order **SHALL BE FILED** in Case No. 2:09-cv-02002-PMP-LRL and in the instant action.

**IT IS FURTHER ORDERED** that the instant case is **administratively closed, and all further pleadings shall proceed under Case No. 2:09-cv-02002-PMP-LRL.**

**IT IS FURTHER ORDERED** that no further documents shall be filed in this closed action.

DATED this 15th day of November, 2010.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE

2