# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEITH KEMP,

    *Plaintiff,*

vs.

HOWARD SKOLNIK, *et al.*

    *Defendants.*

2:09-cv-02002-PMP-LRL
(Base File)

ORDER

In this prisoner civil rights action, plaintiff has not filed an amended complaint by the deadline. Plaintiff has submitted a letter (#40) requesting status and information when his amended complaint is due. The record in this matter contains multiple similar letters over the course of the case requesting status as to then-recent filings and/or advice as to deadlines.

Plaintiff is responsible for keeping track of his own deadlines in this case. Neither the Court nor the Clerk will correspond with plaintiff advising him as to deadlines established previously and/or updating status as to recent filings. The Court's November 15, 2010, order (#34) gave plaintiff a sixty day extension to file an amended complaint. Plaintiff does not need law library access or correspondence from this Court to determine the resulting deadline. It is plaintiff's responsibility, again, to keep track of all such deadlines.

IT THEREFORE IS ORDERED that plaintiff shall have thirty (30) days from entry of this order to file an amended complaint. No further extensions will be considered.

DATED: January 24, 2011.

_____
PHILIP M. PRO
United States District Judge