UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH KEMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-cv-02002-PMP -VCF |
| v. ) | |
| ) | **O R D E R** |
| HOWARD SKOLNIK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before the court is *pro se* plaintiff Keith Kemp's Letter Requesting Status of Case. (#55). Plaintiff is a prisoner at the Lovelock Correctional Center in Lovelock, Nevada. After screening plaintiff Kemp's amended civil rights complaint (#47), the court ordered plaintiff Kemp to file an additional amended civil rights complaint that satisfied certain requirements (#49). On September 6, 2011, plaintiff Kemp filed his amended civil rights complaint. (#53). November 14, 2011, the Clerk of the Court received a letter (#55) from plaintiff Kemp regarding the status of his amended complaint. In the letter, plaintiff Kemp inquires as to why plaintiff has not received a "notice of receipt" of his filing and as to the status of the screening of his amended complaint. (#55).

With regards to the "notice of receipt," the court is not required to notify plaintiff Kemp when it receives his filings. Pursuant to Local Rule 10-4, "persons appearing *pro se* who wish to receive a file-stamped copy of any pleading or other paper must submit one (1) additional copy, and if by mail, a self-addressed, postage paid envelope..." Plaintiff Kemp did not provide the court with an additional copy of his amended civil rights complaint, and the court will not send a file-stamped copy of the complaint to him absent an additional copy of the filing and a self-addressed envelope. LR 10-4.

Pursuant to 28 U.S.C. § 1915A(a), "[t]he court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." As previously

1  stated, plaintiff Kemp, a prisoner, has filed an amended civil rights complaint. (#53). Plaintiff Kemp's
2  amended civil rights complaint alleges claims against several employees of High Desert State Prison,
3  Nevada Department of Corrections, and Ely State Prison. *Id.* Therefore, plaintiff Kemp's amended
4  civil rights complaint is currently being reviewed and screened under 28 U.S.C. § 1915A(a). The
5  screening process should be completed by the end of the month, and an appropriate order will be
6  entered.

7      Accordingly, and for good cause shown,

8      IT IS ORDERED that the Clerk of the Court shall mail a copy of this order to plaintiff Keith
9  Kemp (inmate #1023595) at the Lovelock Correctional Center, 1200 Prison Road, Lovelock, Nevada
10 89419.

11     DATED this 5th day of January, 2012.

                         **CAM FERENBACH**
                         **UNITED STATES MAGISTRATE JUDGE**