# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH KEMP,<br><br>                Plaintiff,<br><br>v.<br><br>HOWARD SKOLNIK, *et al.*,<br><br>                Defendants. | 2:09-cv-02002-PMP -VCF<br><br>**O R D E R** |

Before the court is *pro se* plaintiff Keith Kemp's Letter Requesting Status of Case. (#55). Plaintiff is a prisoner at the Lovelock Correctional Center in Lovelock, Nevada. After screening plaintiff Kemp's amended civil rights complaint (#47), the court ordered plaintiff Kemp to file an additional amended civil rights complaint that satisfied certain requirements (#49). On September 6, 2011, plaintiff Kemp filed his amended civil rights complaint. (#53). November 14, 2011, the Clerk of the Court received a letter (#55) from plaintiff Kemp regarding the status of his amended complaint. In the letter, plaintiff Kemp inquires as to why plaintiff has not received a "notice of receipt" of his filing and as to the status of the screening of his amended complaint. (#55).

With regards to the "notice of receipt," the court is not required to notify plaintiff Kemp when it receives his filings. Pursuant to Local Rule 10-4, "persons appearing *pro se* who wish to receive a file-stamped copy of any pleading or other paper must submit one (1) additional copy, and if by mail, a self-addressed, postage paid envelope..." Plaintiff Kemp did not provide the court with an additional copy of his amended civil rights complaint, and the court will not send a file-stamped copy of the complaint to him absent an additional copy of the filing and a self-addressed envelope. LR 10-4.

Pursuant to 28 U.S.C. § 1915A(a), "[t]he court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." As previously

stated, plaintiff Kemp, a prisoner, has filed an amended civil rights complaint. (#53). Plaintiff Kemp's amended civil rights complaint alleges claims against several employees of High Desert State Prison, Nevada Department of Corrections, and Ely State Prison. *Id.* Therefore, plaintiff Kemp's amended civil rights complaint is currently being reviewed and screened under 28 U.S.C. § 1915A(a). The screening process should be completed by the end of the month, and an appropriate order will be entered.

Accordingly, and for good cause shown,

IT IS ORDERED that the Clerk of the Court shall mail a copy of this order to plaintiff Keith Kemp (inmate #1023595) at the Lovelock Correctional Center, 1200 Prison Road, Lovelock, Nevada 89419.

DATED this 5th day of January, 2012.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

2