**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| KEITH KEMP, | 2:09-CV-02002-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| HOWARD SKOLNIK, et al., | |
| Defendants. | |

Having read and considered Plaintiff's Motion for District Judge to Reconsider Order (Doc. #62) filed March 2, 2012, and Defendants' Response in Opposition thereto (Doc. #63) filed March 16, 2012, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for District Judge to Reconsider Order (Doc. #62) is **DENIED**.

**IT IS FURTHER ORDERED** that the deadline by which Plaintiff Kemp must file a response to Defendants' Motion to Dismiss (Doc. #65) is hereby extended to and including **April 24, 2012**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge