# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

KEITH KEMP,

    Plaintiff,

vs.

HOWARD SKOLNIK, et al.,

    Defendants.

2:09-CV-02002-PMP-LRL

**ORDER**

Having read and considered Plaintiff's Motion for District Judge to Reconsider Order (Doc. #62) filed March 2, 2012, and Defendants' Response in Opposition thereto (Doc. #63) filed March 16, 2012, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for District Judge to Reconsider Order (Doc. #62) is **DENIED**.

**IT IS FURTHER ORDERED** that the deadline by which Plaintiff Kemp must file a response to Defendants' Motion to Dismiss (Doc. #65) is hereby extended to and including **April 24, 2012**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge