# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| KEITH KEMP,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, et al.,<br><br>　　　　　Defendants. | 2:09-CV-02002-PMP-VCF<br><br>**ORDER** |

On April 9, 2012, the Court entered an Order (Doc. #69) denying Plaintiff's Motion for Reconsideration (Doc. #62) and directing that Plaintiff file a response to Defendants' Motion to Dismiss (Doc. #65) not later than April 24, 2012.  To date, Plaintiff has failed to comply with this Court's Order.  As a result, Plaintiff consents to the granting of Defendants' Motion to Dismiss.  Moreover, a review of Defendants' Motion to Dismiss shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. #65) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: April 26, 2012.

_____
PHILIP M. PRO
United States District Judge