# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

KEITH KEMP,

    Plaintiff,

vs.

HOWARD SKOLNIK, et al.,

    Defendants.

2:09-CV-02002-PMP-VCF

**ORDER**

On April 9, 2012, the Court entered an Order (Doc. #69) denying Plaintiff's Motion for Reconsideration (Doc. #62) and directing that Plaintiff file a response to Defendants' Motion to Dismiss (Doc. #65) not later than April 24, 2012. To date, Plaintiff has failed to comply with this Court's Order. As a result, Plaintiff consents to the granting of Defendants' Motion to Dismiss. Moreover, a review of Defendants' Motion to Dismiss shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. #65) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: April 26, 2012.

_____
PHILIP M. PRO
United States District Judge