AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Keith Kemp,

            Plaintiff,

V.

Howard Skolnik, et al.,

            Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-02002-PMP -VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendants Isidro Baca, Greg Cox, James Henson, William Kuloloia, Cole Morrow, Dwight Nevens, Howard Skolnik, and Larry Wuest and against Plaintiff Keith Kemp.

April 26, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk