# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

KEITH KEMP,

    Plaintiff,

vs.

HOWARD SKOLNIK, et al.,

    Defendants.

2:09-CV-02002-PMP-LRL

**ORDER**

Having read and considered Plaintiff's Motion for Reconsideration (Doc. #75), and Defendant's Opposition thereto (Doc. #76), and for the reasons stated in Defendant's Opposition,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration (Doc. #75) is **DENIED**.

DATED: May 15, 2012.

_____
PHILIP M. PRO
United States District Judge